UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIANA LACAYO,<br><br>    Plaintiff.<br><br>v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No.  14-cv-04077-JSC<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*.  Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application.  The Clerk of Court shall issue the summons.  Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

**IT IS SO ORDERED.**

Dated: September 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge