UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILIANA LACAYO,

    Plaintiff,

  v.

PATRICK R. DONAHOE,

    Defendant.

Case No. 14-cv-04077-JSC

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The Court is in receipt of Defendant's Separate Case Management Conference Statement. (Dkt. No. 18.) In light of Defendant's intent to file a motion to dismiss by December 17, 2014, the initial case management conference is continued from December 11, 2014 to **February 26, 2015 at 1:30 p.m.**

    **IT IS SO ORDERED**.

Dated: December 5, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge