UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILIANA LACAYO,

    Plaintiff,

v.

PATRICK R. DONAHOE,

    Defendant.

Case No. 14-cv-04077-JSC

**ORDER**

Re: Dkt. No. 43

In this postal-worker employment suit, Plaintiff Iliana Lacayo ("Plaintiff"), proceeding pro se and in forma pauperis, filed a Second Amended Complaint ("SAC") on April 8, 2015. (Dkt. No. 42.) Defendant Postmaster General Patrick R. Donahoe ("Defendant") moved to dismiss the complaint on May 6, 2015. (Dkt. No. 43.) Plaintiff did not timely file an opposition to the motion. Accordingly, Defendant's brief reply noted only that its motion was unopposed. (Dkt. No. 44.) Nearly two weeks after her deadline to oppose the motion, Plaintiff filed an opposition. (Dkt. No. 45.) Although untimely, in light of Plaintiff's pro se status and the Court's own preference to resolve matters on the merits, the Court will consider the opposition. Defendant may file a reply in response to the opposition in accordance with Civil Local Rule 7-3(c). Given this additional briefing, the motion hearing currently set for June 18, 2015 is VACATED and RESCHEDULED for **June 25, 2015** at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: June 11, 2015

                                           JACQUELINE SCOTT CORLEY
                                           United States Magistrate Judge