UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIANA LACAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No. 14-cv-04077-JSC<br><br>**ORDER RE: MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Re: Dkt. No. 50 |

In this postal-worker employment suit, Plaintiff Iliana Lacayo ("Plaintiff"), proceeding pro se and in forma pauperis, filed a Third Amended Complaint ("TAC") on July 27, 2015. (Dkt. No. 49.) Defendant Postmaster General Patrick R. Donahoe ("Defendant") moved to dismiss the TAC on August 10, 2015. (Dkt. No. 50.) Plaintiff did not timely file an opposition to the motion. Accordingly, Defendant's brief reply noted only that its motion was unopposed. (Dkt. No. 51.) This is not the first time that Plaintiff has missed a filing deadline; she filed her opposition to Defendant's motion to dismiss the Second Amended Complaint nearly two weeks late. (Dkt. No. 45.) Nevertheless, in light of Plaintiff's pro se status and the Court's own preference to resolve matters on the merits, the Court will give Plaintiff an extension of time to respond to the motion to dismiss. Plaintiff's opposition is due by **September 14, 2015**. Failure to respond to the motion may result in the motion being granted and/or the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 8, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge