UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIANA LACAYO,<br><br>    Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN,<br><br>    Defendant. | Case No. 14-cv-04077-JSC<br><br>**JUDGMENT** |

The Court, having granted Defendant's motion to dismiss the Third Amended Complaint without leave to amend by Order filed September 21, 2015, enters judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 24, 2015

                                                                                      _____<br>
                                                                                      JACQUELINE SCOTT CORLEY<br>
                                                                                      United States Magistrate Judge